UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CR546 ERW |
| ) | (AGF) |
| DANIEL ELDRIDGE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that defendant's Motion for Reconsideration of Bond Reduction (filed February 8, 2006/Docket No. 17) is at this time denied without prejudice, pending resolution of state charges recently filed against the defendant.

*Frederick R. Buckles*
───────────────────────────────
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of March, 2006.