```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )    No. 4:05CR546 ERW
                                   )                  (AGF)
DANIEL ELDRIDGE,                   )
                                   )
                    Defendant.     )
```

## ORDER

**IT IS HEREBY ORDERED** that defendant's Motion for Bond (filed March 22, 2006/Docket No. 26) is denied.


_____
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of March, 2006.